Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Jemal Hussen TURA, an individual, and Damtew Assefa WOLDEGIORGIS, an individual,<br><br>Plaintiffs,<br><br>V<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY("DHS"), *et al.*,<br><br>Defendants. | NO. C19-1131 JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND RESPONSE DEADLINE |

**Stipulation**

The parties have conferred and stipulate and agree as follows. Defendants' Response is presently due on October 1, 2019. The parties jointly request that Defendants' Response deadline be extended by 60 days until December 2, 2019. Plaintiff Tura seeks to compel Defendants to complete processing of his Form I-485, Application to Adjust Status to Lawful Permanent Resident. Plaintiff Woldergiorgis seeks to compel Defendants to complete processing of his Form I-589, Application for Asylum. Good cause for an extension exists in light of ongoing adjudication of Plaintiffs' applications, the results of which will impact upon the course of this litigation or render these proceedings moot.

STIPULATION AND PROPOSED ORDER TO EXTEND RESPONSE
DEADINE- 1
No. C19-1131 JLR

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Respectfully submitted and presented this 16th day of September, 2019.

BRIAN T. MORAN
United States Attorney

/s/ *Jay W. Gairson*
JAY W. GAIRSON, WSBA #43365
Gairson Law, LLC
4606 Martin Luther King Jr. Way S.
Seattle, WA 98108
206-357-4218
Email: jay@gairson.com

Attorney for Plaintiffs

/s/ *Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3832
Fax: 253-428-3826
E-mail: pat.gugin@usdoj.gov

Attorneys for Defendants

## II. ORDER

It is so ORDERED. Defendants' Response deadline is extended to December 2, 2019.

Dated September 17, 2019.

JAMES L. ROBART
United States District Judge

STIPULATION AND PROPOSED ORDER TO EXTEND RESPONSE
DEADINE- 2
No. C19-1131 JLR

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Jay W. Gairson
Email: jay@gairson.com

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

DATED this 16th day of September, 2019

*s/ Rebecca L. Clauson*
REBECCA L. CLAUSON
Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: 253-428-3800
Fax:    253-428-3826
E-mail: rebecca.clauson@usdoj.gov

STIPULATION AND PROPOSED ORDER TO EXTEND RESPONSE
DEADINE- 3
No. C19-1131 JLR

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800