1

Honorable James L. Robart

2

3

4

5

6

7        UNITED STATES DISTRICT COURT FOR THE
         WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9

10   Jemal Hussen TURA, an individual, and        NO. C19-1131 JLR
     Damtew Assefa WOLDEGIORGIS, an
11   individual,                                   SECOND STIPULATION AND
                                                   ~~PROPOSED~~ ORDER TO EXTEND
12                              Plaintiffs,        RESPONSE DEADLINE

13                    v                            **Noting Date: September 23, 2019**

14   UNITED STATES DEPARTMENT OF
15   HOMELAND SECURITY("DHS"), *et al.,*

16                              Defendants.

17

18                          **Stipulation**

19        The parties have conferred and stipulate and agree as follows.  By Stipulated Order

20   dated September 17, 2019, the Court extended by 60 days until December 2, 2019 the

21   deadline by which Defendants would file their response to Plaintiffs' complaint.  *See* Order,

22   Dkt. No. 6.  For the reasons set forth in that prior stipulated order, the parties herein

23   respectfully request that all deadlines as set forth in the Court's Order dated August 18, 2019

24   be stayed at least until December 2, 2019.  If necessary, the parties shall thereafter file by

25   December 9, 2019 a proposed schedule setting forth suggested initial scheduling dates.

26

27

28

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND        UNITED STATES ATTORNEY
RESPONSE DEADINE- 1                                    1201 PACIFIC AVENUE, SUITE 700
No. C19-1131 JLR                                       TACOMA, WASHINGTON 98402
                                                       (253) 428-3800

1 | Respectfully submitted and presented this 23rd day of September, 2019.

2

3

4

5

6

BRIAN T. MORAN
United States Attorney

7

8 | /s/ Jay W. Gairson
JAY W. GAIRSON, WSBA #43365
Gairson Law,LLC
4606 Martin Luther King Jr. Way S.
Seattle, WA 98108
206-357-4218
Email: jay@gairson.com

/s/ Patricia D. Gugin
Patricia D. Gugin, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3832
Fax:     253-428-3826

9

10

11

12

13 | Attorney for Plaintiffs

E-mail:  pat.gugin@usdoj.gov

14

Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND
RESPONSE DEADINE- 2
No. C19-1131 JLR

1

**Order**

2       It is so ORDERED.  All deadlines set forth in the Court's Scheduling Order dated

3   August 19, 2019, Dkt. No. 4, are hereby stayed.  If necessary, the parties shall submit by

4   December 9, 2019 a proposed scheduling order setting forth suggested initial scheduling

5   dates.

6       September 30, 2019

7

8                                         James L. Robart
                                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND
RESPONSE DEADINE- 3
No. C19-1131 JLR

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Jay Gairson
Email: jay@gairson.com

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

DATED this 23rd day of September, 2019

*s/ Rebecca L. Clauson*
REBECCA L. CLAUSON
Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: 253-428-3800
Fax:    253-428-3826
E-mail: rebecca.clauson@usdoj.gov

SECOND STIPULATION AND PROPOSED ORDER TO EXTEND
RESPONSE DEADINE- 4
No. C19-1131 JLR