Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jemal Hussen TURA, an individual, and Damtew Assefa WOLDEGIORGIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY("DHS"), *et al.*,<br><br>Defendants. | NO. C19-1131 JLR<br><br>STIPULATION FOR ORDER OF DISMISSAL & ORDER<br><br>NOTED ON MOTIONS CALENDAR:<br>DECEMBER 12, 2019 |

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

Plaintiff Tura seeks to compel Defendants to complete processing of his Form I-485, Application to Adjust Status to Lawful Permanent Resident. Defendant USCIS has completed its adjudication of Plaintiff Tura's application and has issued its decision.

Plaintiff Woldegiorgis seeks to compel Defendants to complete processing of his Form I-589, Application for Asylum. Defendant USCIS has completed its adjudication of Plaintiff Woldegiorgis' application and has issued its decision.

STIPULATION FOR ORDER OF DISMISSAL
No. C19-1131 JLR 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  Accordingly, these matters are resolved and now moot and may be dismissed without
2  prejudice and without costs or fees to any party.
3
4
5  Dated this 12th day of December, 2019.
6
7  Respectfully submitted and presented by:
8  BRIAN T. MORAN
9  United States Attorney

10  /s/ Patricia D. Gugin                           /s/ Jay W. Gairson
11  PATRICIA D. GUGIN, WSBA # 43458                 JAY W. GAIRSON , WSBA# 43365
    Assistant United States Attorney                Gairson Law
12  United States Attorney's Office                 4606 Martin Luther King Jr Way S.
13  1201 Pacific Avenue, Suite 700                  Seattle, WA 98108
    Tacoma, Washington 98402                        Phone: 206-357-4218
14  Phone: 253-428-3832                             E-mail: Jay@gairson.com
15  E-mail: pat.gugin@usdoj.gov

16  Attorneys for Defendants                        Attorney for Plaintiffs

STIPULATION FOR ORDER OF DISMISSAL
No. C19-1131 JLR 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED that the case is dismissed without prejudice and without costs or fees for any party.

DATED this 16th day of Dec., 2019.

JAMES L. ROBART
United States District Court Judge

STIPULATION FOR ORDER OF DISMISSAL
No. C19-1131 JLR 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee/contractor in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers.

It is further certified that, on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Jay W. Gairson
E-mail: Jay@gairson.com

I further certify that on this date, I mailed by United States Postal Service the foregoing to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

-0-

Dated this 12th day of December, 2019.

/s/ Rebecca L. Clauson
Rebecca L. Clauson, Legal Assistant
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
E-mail: Rebecca.clauson@usdoj.gov

STIPULATION FOR ORDER OF DISMISSAL
No. C19-1131 JLR 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800